HENRY A. ROBINSON, GUARDIAN OF JULIA COLLINS, v. F. H. CHAMBERS, JUDGE OF THE RECORDER'S COURT OF DETROIT.

*Witnesses—Fees.*

This case is ruled by *Robinson v. Chambers, ante*, 471.

*Mandamus.* Argued January 10, 1893. Granted January 19, 1893.

Relator applied for *mandamus* to compel respondent to enter an order for the payment of certain witness fees. The facts are stated in *Robinson v. Chambers, ante*, 471.

*Edward S. Grece*, for relator.

*O. F. Hunt*, for respondent.

PER CURIAM. This matter is ruled by *Robinson v. Chambers, ante*, 471, and a similar order will be entered.